**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 15-15182 |
| ANGELA P. CANNON, | ) | |
| | ) | Hon. Jacqueline P. Cox |
| Debtor. | ) | |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE**

I, N. Neville Reid, certify that on **April 19, 2018**, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR)** [Dkt. 32]; **Trustee's Application for Compensation and Expenses** [Dkt. 31]; **First and Final Application of Fox Swibel Levin & Carroll LLP, for an Order (i) Allowing an Administrative Claim for Compensation for the Period November 13, 2017 Through March 31, 2018, and (ii) Authorizing Payment of Unpaid Fees** [Dkt. 30] and the **Trustee's Motion to Pay Special Counsel** [Dkt. 29], to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

*/s/ N. Neville Reid*
N. Neville Reid

## SERVICE LIST

**Parties to receive notice electronically via CM/ECF:**

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

JOSEPH P DOYLE on behalf of Debtor ANGELA P. CANNON
joe@fightbills.com

**Party to receive notice via postage-prepaid first class U.S. mail:**

Angela Cannon
5105 S. Harper Ave., Unit 403
Chicago, IL 60615

Navient Solutions, LLC on behalf of
United Student Aid Funds
Attn: Bankruptcy Litigation Unit E3149
PO Box 9430
Wilkes Barre, PA 18773-9430