# UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| ANGELA P. CANNON | § | Case No. 15-15182 |
| | § | |
| Debtor | § | |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00 *(Without deducting any secured claims)* | Assets Exempt: 20,240.00 |
| Total Distributions to Claimants: 12,393.92 | Claims Discharged Without Payment: 231,907.10 |
| Total Expenses of Administration: 9,625.44 | |

3) Total gross receipts of $ 22,019.36  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 22,019.36  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 9,625.44 | 9,625.44 | 9,625.44 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 157,700.00 | 86,601.02 | 86,601.02 | 12,393.92 |
| **TOTAL DISBURSEMENTS** | $ 157,700.00 | $ 96,226.46 | $ 96,226.46 | $ 22,019.36 |

4) This case was originally filed under chapter 7 on 04/29/2015 . The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/19/2018                By:/s/N. Neville Reid, Trustee
                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| PERSONAL INJURY CASE - CAR ACCIDENT | 1242-000 | 22,019.36 |
| **TOTAL GROSS RECEIPTS** | | **$22,019.36** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | 2100-000 | NA | 2,951.94 | 2,951.94 | 2,951.94 |
| FOX SWIBEL LEVIN & CARROLL LLP | 3110-000 | NA | 6,673.50 | 6,673.50 | 6,673.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 9,625.44 | $ 9,625.44 | $ 9,625.44 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bk Of Amer P.O. Box 17054 Wilmington, DE 19884 | | 770.00 | NA | NA | 0.00 |
| | Caliber Home Loans, In Po Box 24610 Oklahoma City, OK 73124 | | 25,739.00 | NA | NA | 0.00 |
| | Capital One PO Box 4199 Houston, TX 77210 | | 1,025.00 | NA | NA | 0.00 |
| | Hsbc/Mscpi Po Box 3425 Buffalo, NY 14240 | | 0.00 | NA | NA | 0.00 |
| | Matek & Mazar 77 West Washington Suite 1313 | | 0.00 | NA | NA | 0.00 |
| | Matilde Ramirez 8 167TH PL Calumet City, IL 60409 | | 50,000.00 | NA | NA | 0.00 |
| | Portfolio Recovery Assoc 120 Corporate Boulevard Norfolk, VA 23502 | | 0.00 | NA | NA | 0.00 |
| | State Farm Insurance Support center PO Box 680001 Dallas, TX 75368-0001 | | 9,346.00 | NA | NA | 0.00 |
| | The Law Offices of Corti & Aleksy 180 N. LaSalle St, Suite 2910 Chicago, IL 60601 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The University of Chicago Physician PO Box 75307 Chicago, IL 60675 | | 387.00 | NA | NA | 0.00 |
| | U S A Funds Po Box 6180 Indianapolis, IN 46206 | | 69,905.00 | NA | NA | 0.00 |
| | University of Chicago Medicine 15965 Collections Center Drive Chicago, IL 60693 | | 528.00 | NA | NA | 0.00 |
| | NAVIENT SOLUTIONS, LLC ON BEHALF OF USA FUNDS | 7100-000 | NA | 12,393.92 | 12,393.92 | 12,393.92 |
| 1 | NAVIENT SOLUTIONS, LLC ON BEHALF OF USA FUNDS | 7100-000 | NA | 74,207.10 | 74,207.10 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 157,700.00 | $ 86,601.02 | $ 86,601.02 | $ 12,393.92 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-15182 | JPC | Judge: | Jacqueline P. Cox | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | ANGELA P. CANNON | | | | Date Filed (f) or Converted (c): | 04/29/2015 (f) |
| | | | | | 341(a) Meeting Date: | 06/17/2015 |
| For Period Ending: | 12/19/2018 | | | | Claims Bar Date: | 07/25/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING ACCOUNT WITH CHASE | 300.00 | 0.00 | | 0.00 | FA |
| 2. SAVINGS ACCOUNT WITH CHASE | 875.00 | 0.00 | | 0.00 | FA |
| 3. MISCELLANEOUS USED HOUSEHOLD GOODS AND FURNISHINGS | 450.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS, PICTURES, AND CD'S | 115.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 900.00 | 0.00 | | 0.00 | FA |
| 6. MISCELLANEOUS COSTUME JEWELRY | 200.00 | 0.00 | | 0.00 | FA |
| 7. DEBTOR DOES NOT EXPECT A REFUND FOR THE 2014 TAX PERIOD. | 0.00 | 0.00 | | 0.00 | FA |
| 8. AUTOMOBILE - 2001 MITSUBISHI ECLIPSE WITH 117,000 IN MILEAGE | 2,150.00 | 0.00 | | 0.00 | FA |
| 9. PERSONAL INJURY CASE - CAR ACCIDENT (u) | 0.00 | 20,000.00 | | 22,019.36 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $4,990.00       $20,000.00       $22,019.36       $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case Status April 2018: Hearing on Trustee's Final Report and professional and trustee fee applications will be heard on May 10, 2018.

Case Status April 2017: Investigating personal injury claim but likely no asset case given lack of any serious injury. Estimate of asset No. 9 is included for compliance purposes only and may not reflect expected recovery as investigation by personal injury counsel is continuing.

Case Status April 2016: Investigating personal injury claim.

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Initial Projected Date of Final Report (TFR): 12/31/2016    Current Projected Date of Final Report (TFR): 05/31/2018

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-15182 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: ANGELA P. CANNON | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0885 |
| | Checking |
| Taxpayer ID No: XX-XXX4534 | Blanket Bond (per case limit): $54,646,000.00 |
| For Period Ending: 12/19/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/02/18 | 9 | Ankin Law Offices LLC<br>10 N. Dearborn St.<br>Suite 500<br>Chicago, IL 60602-4325<br>312-346-8780<br>Client Disbursement Account | Settlement from debtor's personal injury case per order [Dkt. 27] dated 02/07/18 | 1242-000 | $22,019.36 | | $22,019.36 |
| 05/14/18 | 101 | REID, N. NEVILLE<br>200 W. MADISON, SUITE 3000<br>CHICAGO, IL 60606 | Per [Dkt. 36] Order Awarding Trustee Compensation and Expenses dated 05/10/18 (final distribution) | 2100-000 | | $2,951.94 | $19,067.42 |
| 06/01/18 | 102 | FOX SWIBEL LEVIN & CARROLL LLP<br>200 W. Madison Street<br>Suite 3000<br>Chicago, IL 60606 | Final fee app for Trustee's counsel<br>Period 11/13/17-3/31/18 | 3110-000 | | $6,673.50 | $12,393.92 |
| 06/05/18 | 103 | NAVIENT SOLUTIONS, LLC ON BEHALF OF USA FUNDS<br>ATTN: BANKRUPTCY LITIGATION UNIT E3149<br>PO BOX 9430<br>WILKES BARRE, PA 18773-9430 | Payment of distribution of unsecured creditor | 7100-000 | | $12,393.92 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $22,019.36 | $22,019.36 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $22,019.36 | $22,019.36 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $22,019.36 | $22,019.36 |

Page Subtotals:  $22,019.36  $22,019.36

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0885 - Checking | $22,019.36 | $22,019.36 | $0.00 |
| | $22,019.36 | $22,019.36 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $22,019.36 |
| Total Gross Receipts: | $22,019.36 |

Page Subtotals:   $0.00   $0.00